Submit this form by e-mail to:
CrimIntakeCourtDocs-LA@cacd.uscourts.gov For Los Angeles and Riverside criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov For Santa Ana criminal duty.

Filed

2021 MAR -3 PM 12:13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V. PLAINTIFF | 21-MJ-01008 |
| Edward KIM | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 32780509 DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 03/03/2021 0730  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   21 USC 841(b)(1)(B)(viii) Possess w/Intent to Distribute Methamphetamine

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1986

8. Defendant has retained counsel:  ☐ No
   ☒ Yes  Name: Gary D. Labin          Phone Number: (213)359-7720

9. Name of Pretrial Services Officer notified: Fernando

10. Remarks (if any): _____

11. Name: Aaron Gutierrez          (please print)

12. Office Phone Number: (562)254-9048          13. Agency: HSI

14. Signature: AARON C GUTIERREZ
    Digitally signed by AARON C GUTIERREZ
    Date: 2021.03.03 12:01:57 -08'00'          15. Date: 03/03/2021

CR-64 (07/20)          REPORT COMMENCING CRIMINAL ACTION