# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING**

Case No. 21-MJ-1008-Duty-1          CourtSmart Recorded via Zoom     Date: March 8, 2021

Present: The Honorable Jean P. Rosenbluth, U.S. Magistrate Judge

| Bea Martinez | Andrew M. Roach (Appeared via Zoom) | N/A |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

USA v. Edward Kim (Appeared via Zoom)

☑ Present  ☑ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant:
Georgina Wakefield (Appeared via Zoom)

☑ Present  ☐ CJA  ☐ Retd  ☑ DFPD  ☐ Not present

**PROCEEDINGS: DETENTION HEARING**

☑ Government's request for detention is:  ☑ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☐ Witnesses CST (see separate list).        ☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
　☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☑ **Court ORDERS DEFENDANT PERMANENTLY DETAINED.** See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $_____.**  ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐ a.m. / ☐ p.m. in Courtroom _____ before Judge _____.
☐ Court orders case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____, in Courtroom _____ before Judge _____.
☐ Release Order Issued - Release No. _____.
☑ Other: Preliminary hearing is set for Wed., March 17, 2021 at 11:30 a.m. in Courtroom 880. PIA is set for Tuesday, March 23, 2021 at 11:30 a.m. in Coutroom 880 before the Duty Judge.

**PROCEEDINGS:**  ☐ REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING
　　　　　　　　☐ NEBBIA HEARING

Hearing on ☐ Plaintiff's ☐ Defendant's request for review / reconsideration of bail / detention order had and request is:
　　　　　　　　☐ GRANTED    ☐ DENIED

Court ORDERS bail as to the above-named defendant  ☐ **modified to**  ☐ **set at: $** _____
　☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Bond previously set is ordered vacated.
☐ Court orders defendant permanently detained. See separate order.
☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list).        ☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
　☐ See Receipt for Release of Exhibits to Counsel.
☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____.
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☐ Other _____

Release Order Issued - Release No. _____   : 04

Deputy Clerk Initials  bm