TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIA HU (Cal. Bar No. pending)
Assistant United States Attorney
General Crimes Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3802
     Facsimile: (213) 894-6269
     E-mail:   julia.hu@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>                    v.<br><br>EDWARD KIM,<br><br>          Defendant. | No. SA CR 21-00041-JVS<br><br>NOTICE OF APPEARNCE |
|---|---|

    Plaintiff, United States of America, by and through its counsel
of record, the Acting United States Attorney for the Central
District of California and Assistant United States Attorney ("AUSA")
Julia Hu, advises the Court that the above-captioned case has been
assigned to a new AUSA as follows:

|  | Name | E-Mail Address |
|---|---|---|
| Newly Assigned AUSA | Julia Hu | julia.hu@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the newly-assigned AUSA, Julia Hu, is associated with this case as attorney of record for plaintiff and that she receives all e-mails relating to filings in this case.

Dated: March 24, 2021              Respectfully submitted,

                                   TRACY L. WILKISON
                                   Acting United States Attorney

                                   BRANDON D. FOX
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                   _____/s/_____
                                   JULIA HU
                                   Assistant United States Attorney

                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA