CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JASON HANNAN (No. 290841)
(E Mail: Jason_Hannan@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
Telephone: (714) 338-4500
Facsimile: (714) 338-4520

Attorneys for Defendant
EDWARD KIM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. EDWARD KIM, Defendant. | Case No. SA CR 21-00041-JVS<br><br>**NOTICE OF REASSIGNMENT** |

PLEASE TAKE NOTICE that Deputy Federal Public Defender Jason Hannan, hereby notifies the Court that this case has been reassigned to him for all further proceedings.

Please make all necessary changes adding Deputy Federal Public Defender JASON HANNAN and removing Deputy Federal Public Defender Georgina Wakefield from the court's case management/electronic filing system in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: March 30, 2021        By  /s/ Jason Hannan
                                 JASON HANNAN
                                 Deputy Federal Public Defender