CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
JONATHAN K. OGATA (Bar No. 325914)
(E-Mail: Jonathan_Ogata@fd.org)
Deputy Federal Public Defender
411 West Fourth Street, Suite 7110
Santa Ana, California  92701-4598
Telephone:  (714) 338-4500
Facsimile:  (714) 338-4520

Attorneys for Defendant
EDWARD KIM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> EDWARD KIM, <br>     Defendant. | Case No. SA CR 21-00041-JVS <br><br> **NOTICE OF APPEARANCE** |

Deputy Federal Public Defender Jonathan K. Ogata, enters his Notice of Appearance on behalf of Defendant Edward Kim.

Please make all necessary changes to the court's Case Management/Electronic Case Filing System to accurately reflect this assignment and to ensure that defense counsel receives all notifications relating to filings in this case.

                                       Respectfully submitted,

                                       CUAUHTEMOC ORTEGA
                                       Federal Public Defender

DATED: March 31, 2021      By  */s/ Jonathan K. Ogata*
                                       JONATHAN K. OGATA
                                       Deputy Federal Public Defender