TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIA HU (Cal. Bar No. pending)
ANDREW ROACH (Cal. Bar No. 293375)
Assistant United States Attorneys
General Crimes Section
    1100/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3802/0306
    Facsimile: (213) 894-6269/0141
    E-mail:    julia.hu@usdoj.gov
               andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>EDWARD KIM,<br><br>　　　　　Defendant. | No. SA CR 21-41-JVS<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE AND (2) FINDINGS OF EXCLUDABLE TIME PURSUANT TO THE SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATE:**　05-11-21<br>**PROPOSED TRIAL DATE:**　01-25-22<br><br>**CURRENT STATUS CONFERENCE:**<br>05-03-21 at 9:00 a.m.<br>**PROPOSED STATUS CONFERENCE DATE:**<br>01-18-22 at 9:00 a.m. |
|---|---|

　　　Plaintiff United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California and Assistant United States Attorneys Julia Hu and Andrew Roach, and defendant EDWARD KIM, both individually and by and through his counsel of record, Deputy Federal Public Defenders Jason Hannan and Jonathan Ogata, hereby stipulate as follows:

1.      On March 2, 2021, a criminal complaint was filed against defendant.  (Dkt. 1.)  Defendant first appeared before a judicial officer of the court in which the charges in this case were pending on March 3, 2021.  (Dkt. 5.)  The indictment in this case was filed on March 16, 2021.  (Dkt. 12.)  The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before May 25, 2021.

2.      On March 23, 2021, the Court set a trial date of May 11, 2021 at 8:30 a.m. and a pretrial status conference date of May 3, 2021 at 9:00 a.m.  (Dkt. 15.)

3.      Defendant is currently detained pending trial.  The parties estimate that the trial in this matter will last approximately four to five days.

4.      By this stipulation, defendant moves to continue the trial date to January 25, 2022 at 8:30 a.m. and the pretrial status conference to January 18, 2022 at 9:00 a.m.

5.      Defendant requests the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

    a.      Defendant is charged in this matter with possession with intent to distribute at least five grams of methamphetamine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii), and possession with intent to defraud of at least fifteen unauthorized access devices, in violation of 18 U.S.C. § 1029(a)(3).  The government has produced 111 pages of discovery to the defense and will soon produce additional discovery pending the entry of a protective order regarding discovery containing personal identifying information and Privacy Act information.

      b.   In light of the foregoing, defense counsel represent that additional time is necessary to confer with defendant, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions, review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur.  Defense counsel represent that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c.   Defendant believes that failure to grant the continuance will deny him continuity of counsel and adequate representation.

6.   The government does not object to the request for a continuance, and the requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the government to obtain available witnesses.

7.   Based on all of the foregoing, for purposes of computing the date under the Speedy Trial Act by which defendant's trial must commence, the parties agree that the time period of April 23, 2021 to January 25, 2022, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's findings that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make

a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO STIPULATED.

Dated: April 23, 2021            Respectfully submitted,

                                 TRACY L. WILKISON
                                 Acting United States Attorney

                                 BRANDON D. FOX
                                 Assistant United States Attorney
                                 Chief, Criminal Division

                                    /s/
                                 _____
                                 JULIA HU
                                 ANDREW ROACH
                                 Assistant United States Attorneys

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA


Dated: April 23, 2021              /s/ (w/ email authorization)
                                 _____
                                 JASON HANNAN
                                 JONATHAN OGATA
                                 Deputy Federal Public Defenders

                                 Attorneys for Defendant
                                 EDWARD KIM

DECLARATION OF JASON HANNAN AND JONATHAN OGATA

We are EDWARD KIM's attorneys. We have carefully discussed every part of this stipulation and the continuance of the trial date with our client. We have fully informed our client of his Speedy Trial rights. To our knowledge, our client understands those rights and agrees to waive them. We believe that our client's decision to give up the right to be brought to trial earlier than January 25, 2022 is an informed and voluntary one.

| /s/ (w/ email authorization) | April 23, 2021 |
|---|---|
| JASON HANNAN | Date |

JONATHAN OGATA
Deputy Federal Public Defenders

Attorneys for Defendant
EDWARD KIM

5