TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
JULIA HU (Cal. Bar No. pending)
ANDREW ROACH (Cal. Bar No. 293375)
Assistant United States Attorneys
General Crimes Section
     1100/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3802/0306
     Facsimile: (213) 894-6269/0141
     E-mail:    julia.hu@usdoj.gov
              andrew.roach@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>         v.<br><br>EDWARD KIM,<br><br>       Defendant. | No. CR SA 21-41-JVS<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATE:**   05-11-21<br>**NEW TRIAL DATE:**       01-25-22<br>**CURRENT STATUS CONFERENCE DATE:** 05-03-21 at 9:00 a.m.<br>**NEW STATUS CONFERENCE DATE:** 01-18-22 at 9:00 a.m. |

     The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Pursuant to the Speedy Trial Act, filed by the parties in this matter on April 23, 2021.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of

excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.   The trial in this matter is continued to January 25, 2022 at 8:30 a.m.  The pretrial status conference is continued to January 18, 2022 at 9:00 a.m.

2.   The time period of April 23, 2021 to January 25, 2022, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), and (B)(iv).

3.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

//

//

//

//

1   additional time periods from the period within which trial must

2   commence.

3        IT IS SO ORDERED.

4    April 26, 2021

5   _____          _____

6    DATE                              HONORABLE JAMES V. SELNA
                                       UNITED STATES DISTRICT JUDGE
7

8   Presented by:

9      /s/
    _____
    JULIA HU
10  Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28