UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 8:21-CR-00041-JVS |
|---|---|
| Plaintiff, | **ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PURSUANT TO SPEEDY TRIAL ACT** |
| v. | |
| EDWARD KIM, | **CURRENT TRIAL DATE:** January 25, 2022 <br> **NEW TRIAL DATE:** March 15, 2022 |
| Defendant. | |
| | **CURRENT STATUS CONFERENCE DATE:** January 18, 2022 at 9:00 a.m. <br> **NEW STATUS CONFERENCE DATE:** March 7, 2022 at 9:00 a.m. |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Pursuant to the Speedy Trial Act, filed by the parties in this matter on January 10, 2022.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of

excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from January 25, 2022 to March 15, 2022. The pretrial status conference is continued to March 7, 2022 at 9:00 a.m.

2. The time period of January 25, 2022 to March 15, 2022, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), and (B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

//
//
//
//

additional time periods from the period within which trial must commence.

    IT IS SO ORDERED.

<table>
<tr><td>January 10, 2022<br>DATE</td><td>/s/ James V. Selna<br>HONORABLE JAMES V. SELNA<br>UNITED STATES DISTRICT JUDGE</td></tr>
</table>

Presented by:

    /s/
JULIA HU
ANDREW M. ROACH
Assistant United States Attorneys