UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>EDWARD KIM,<br><br>　　　　Defendant. | No. 8:21-CR-00041-JVS<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PURSUANT TO SPEEDY TRIAL ACT [31]<br><br>**CURRENT TRIAL DATE:**<br>September 27, 2022<br>**PROPOSED TRIAL DATE:**<br>January 17, 2023<br><br>**CURRENT STATUS CONFERENCE DATE:**<br>September 12, 2022 at 9:00 a.m.<br>**PROPOSED STATUS CONFERENCE DATE:**<br>December 19, 2022 at 9:00 a.m. |

　　　The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Pursuant to the Speedy Trial Act, filed by the parties in this matter on September 9, 2022.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of

excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from September 27, 2022 to January 17, 2023 at 8:30 a.m. The pretrial status conference is continued to December 19, 2022 at 9:00 a.m.

2. The time period of September 27, 2022 to January 17, 2023, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(i), and (B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

//
//
//
//

2

additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

September 9, 2022
DATE

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:

　　/s/
ANDREW M. ROACH
JULIA HU
Assistant United States Attorneys