1 | CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
2 | JASON HANNAN (Bar No. 290841)
(E-Mail: jason_hannan@fd.org)
3 | Deputy Federal Public Defender
4 | 411 West Fourth Street, Suite 7110
Santa Ana, California 92701-4598
5 | Telephone: (714) 338-4500
Facsimile: (714) 338-4520
6
7 | Attorneys for Defendant
EDWARD KIM

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. SA CR 21-00041-JVS |
|---|---|
| Plaintiff, | **NOTICE OF REASSIGNMENT** |
| v. | |
| EDWARD KIM, | |
| Defendant. | |

Notice is hereby given that the above-entitled case has been reassigned to Deputy Federal Public Defender Jason Hannan, in place and stead of Deputy Federal Public Defender Jonathan Ogata, for all further proceedings.

Please make all necessary changes to the court's Case Management/Electronic Case Filing System to accurately reflect this re-assignment and to ensure that defense counsel receives all notifications relating to filings in this case.

Respectfully submitted,

CUAUHTEMOC ORTEGA
Federal Public Defender

DATED: September 12, 2022          By: */S/ Jason Hannan*
                                       JASON HANNAN
                                       Deputy Federal Public Defender

1