# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**FILED**
CLERK, U.S. DISTRICT COURT
10/13/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DVE _____ DEPUTY

| | |
|---|---|
| Case Number: 8:21-CR-00041(A)-JVS | Defendant Number: 1 |
| U.S.A. v. Edward Kim | Year of Birth: 1986 |
| ☐ Indictment  ☑ Information | Investigative agency (FBI, DEA, etc.): HSI, DOL-OIG, IRS-CI |

**NOTE:** All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."

## OFFENSE/VENUE

a. Offense charged as a:
- ☐ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense
- ☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☑ Felony

b. Date of Offense: 1/3/2018 - 3/3/2021

c. County in which first offense occurred: Orange

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
- ☑ Los Angeles   ☐ Ventura
- ☑ Orange   ☐ Santa Barbara
- ☐ Riverside   ☐ San Luis Obispo
- ☐ San Bernardino   ☐ Other _____

Citation of Offense: 21 U.S.C. § 846; 21 U.S.C. §§ 841(a)(1), (b) 18 U.S.C. § 286; 18 U.S.C. § 1341; 18 U.S.C. § 1029(a)(3)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
- ☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
- ☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
- ☑ No   ☐ Yes
- If "Yes," Case Number: _____

Pursuant to General Order 19-03, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**): _____

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: 3/2/21
Case Number: 2:21-MJ-01008
Assigned Judge: Duty
Charging: 21 U.S.C. §§ 841(b)(1)(B)(viii)
The complaint/CVB citation:
- ☑ is still pending
- ☐ was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?   ☐ No   ☑ Yes
IF YES, provide Name: DFPD Jason Hannan
Phone Number: 714-338-4506

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☑ No

This is the 1st superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: 3/16/21
Case Number 8:21-CR-00041-JVS

The superseded case:
- ☐ is still pending before Judge/Magistrate Judge Hon. James V. Selna
- ☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?
☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes   ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required? ☐ YES  ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male  ☐ Female
☑ U.S. Citizen  ☐ Alien

Alias Name(s): _____

This defendant is charged in:
☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.
☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☑ No

The area(s) of substantive law that will be involved in this case include(s):
☐ financial institution fraud
☑ government fraud
☐ environmental issues
☑ narcotics offenses
☐ violent crimes/firearms
☐ Other _____
☐ public corruption
☑ tax offenses
☐ mail/wire fraud
☐ immigration offenses
☐ corporate fraud

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: _____
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration:  ☐ State  ☑ Federal
b. Name of Institution: MDC-LA
c. If Federal, U.S. Marshals Service Registration Number: 32780-509
d. ☑ Solely on this charge. Date and time of arrest:
   March 3, 2021 at 7:30 a.m.
e. On another conviction:  ☐ Yes  ☑ No
   IF YES :  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☑ No
   IF YES :  ☐ State  ☐ Federal  AND
Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  20  21  40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date: 10/12/2022

Signature of Assistant U.S. Attorney

Andrew M. Roach
Print Name