

FILED
CLERK, U.S. DISTRICT COURT

**11/14/21**

CENTRAL DISTRICT OF CALIFORNIA
BY: ___LB___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF | CASE NUMBER: 8:21-CR-00041-JVS |
| V. | | |
| EDWARD KIM | DEFENDANT | WAIVER OF INDICTMENT |

I, __EDWARD KIM__ , the above-named defendant, who is accused of  Conspiracy to Distribute Methamphetamine and Fentanyl, in violation of 21 U.S.C. § 846; Distribution of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); Conspiracy to Defraud the Government With Respect to Claims, in violation of 18 U.S.C. § 286; Mail Fraud, in violation of 18 U.S.C. § 1341; and Possession of Fifteen or More Unauthorized Access Devices, in violation of 18 U.S.C. § 1029(a)(3), being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on _____, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

10/4/22
_____
Date

Oct. 7, 2022
_____
Date

11. 14. 22
_____
Date

_____
Defendant

_____
Counsel for Defendant

Before: Judicial Officer

If the defendant does not speak English, complete the following:

I,_____, am fluent in written and spoken English and _____ languages. I accurately translated this Waiver of Indictment from English to _____ for defendant_____ on this date.

_____
Date

_____
Interpreter

CR-57 (06/14)                    WAIVER OF INDICTMENT