Name: JASON HANNAN (Bar No. 290841)
Address: 411 West Fourth Street, Suite 7110
City, State, Zip: Santa Ana, California 92701-4598
Phone: (714) 338-4500
Fax: (714) 338-4520
E-Mail: jason_hannan@fd.org

☒ FPD ☐ Appointed ☐ CJA ☐ Pro Per ☐ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNTED STATES | CASE NUMBER: |
|---|---|
| PLAINTIFF(S), | 8:21-CR-00041-JVS |
| v. | |
| EDWARD KIM | **NOTICE OF APPEAL** |
| DEFENDANT(S). | |

NOTICE IS HEREBY GIVEN that **EDWARD KIM** hereby appeals to
*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☒ Judgment

☐ Interlocutory Appeals

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on **March 6, 2023**. Entered on the docket in this action on **March 8, 2023**.

A copy of said judgment or order is attached hereto.

March 14, 2023
Date

*Jason Hannan*
Signature

☐ Appellant/ProSe ☒ Counsel for Appellant ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).