CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
MICHAEL GOMEZ (New York Bar No. 4852349)[1]
(E-Mail: michael_gomez@fd.org)
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
Edward Kim

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  EDWARD KIM.  Defendant. | Case No. 8:21-cr-00041-JVS-1  **NOTICE OF APPEARANCE** |

Notice is hereby given that Deputy Federal Public Defender Michael Gomez has been assigned to represent Defendant Edward Kim, and do not remove the prior Deputy Federal Public Defender Jason Hannan.

Respectfully submitted,

CUAUHETMOC ORTEGA
Federal Public Defender

DATED: March 21, 2023         By /s/ *Michael Gomez*
                                 MICHAEL GOMEZ

---

[1] As a government attorney and a member of the New York State Bar, I have been admitted to practice before the United States District Court for the Central District of California.